[No. 12895-4-III.    Division Three.    February 28, 1995.]

*In the Matter of the Marriage of* GAROLD L. JESSEN,
*Appellant, and* DEBORAH L. JESSEN, *Respondent.*

Appeal from a judgment of the Superior Court for Benton
County, No. 87-3-00071-1, Carolyn A. Brown, J., entered Feb-
ruary 19, 1993. *Reversed* and *remanded* by unpublished
opinion per Thompson, C.J., concurred in by Munson and
Sweeney, JJ.

[No. 13220-0-III.    Division Three.    February 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ALLEN
EALY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-1-02188-4, Robert N. Hackett, Jr., J., entered
April 21, 1993. *Reversed* by unpublished opinion per Thomp-
son, C.J., concurred in by Sweeney and Munson, JJ.

[No. 15963-5-II.    Division Two.    March 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 275943-R-20, Thomas A. Swayze, Jr., J., entered
March 10, 1992. *Remanded* by unpublished opinion per Al-
exander, J. Pro Tem., concurred in by Morgan, J., Seinfeld,
C.J., dissenting.

[No. 17614-9-II.    Division Two.    March 1, 1995.]

*In the Matter of the Marriage of* LARRY MAUGH,
*Respondent, and* NANCY MAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-3-00261-3, Waldo F. Stone, J., entered Sep-
tember 24, 1993. *Affirmed* by unpublished opinion per Mor-
gan, J., concurred in by Houghton, A.C.J., and Alexander, J.
Pro Tem.